UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re )
Woodbridge Group of Companies, LLC ) Case No. 17-12560-BLS
)
Debtor(s) ) Adv. Proc. No. 19-50794-BLS
)
Michael Goldberg )
) MEDIATION STATUS REPORT
Plaintiff(s) )
)
v. )
Mainstar Trust, Custodian for the benefit of Sherry )
L. Collver et al. Defendant(s) )

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, dated December 4, 2020, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

The undersigned mediator expects that the mediation will be concluded no later than February 18, 2021 *(insert date)* for the following reason(s):

✔ A mediation session is scheduled to occur on February 18, 2021.

_____ A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

_____ OTHER:

Dated: January 18, 2021

Signature of Mediator

Leslie A. Berkoff
**Name of Mediator**
400 Garden City Plaza
**Mailing Address**
Garden City, NY 11530
**City, State, Zip Code**
516-873-2000
**Phone No.**

cc: Counsel of Record
    Pro Se Parties

(9-24-04)