IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| Woodbridge Group of Companies, LLC, | : | Case No.: 17-12560-BLS |
| | : | |
| Debtors. | : | |
| | : | |
| Michael Goldberg, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| Mainstar Trust, Custodian for the Benefit of Sherry L Collver and Sherry L Collver, | : | Adv. Proc. No.: 19-50794 |
| | : | |
| Defendant. | : | |
| | : | |

## MEDIATOR'S CERTIFICATE OF COMPLETION

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that mediation was resolved in the following manner:

(a) The following individuals were present:

(1) Counsel (name and party representing):

Counsel for Plaintiffs: Jeffrey Nolan, Esq. of Pachulski Stang Ziehl & Jones
Counsel for Defendant: pro se

(b) The following parties failed to appear and/or participate as ordered:

(1) Parties (name and capacity):   None

(c) The outcome of the mediation conference was:

    \_\_\_\_\_    The matter has been completely resolved and counsel (or parties) should file an appropriate stipulation and proposed order within twenty (20) days.

    \_\_\_\_\_    The matter has been partially resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order regarding those

2530779v1

|   | claims or issues which have been resolved within twenty (20) days. |
|---|---|
| \_\_\_\_\_ | The following issues remain for this court to resolve: |
| \_\_\_\_\_ | The matter has not been resolved and should proceed to trial. |
|  X  | OTHER: The parties were able to completely resolve this with the assistance of the mediator prior to a formal mediation session. |

Dated: June 24, 2021                              Mediator

*/s/ Leslie A. Berkoff*
Leslie A. Berkoff (#4584)
MORITT HOCK & HAMROFF LLP
400 Garden City Plaza
Garden City, NY 11530
(516) 873-2000

2530779v1